# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00563-CV

---

**A. L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-007487
### THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

A.L. appeals from the trial court's final decree terminating her parental rights to her child.[1] *See* Tex. Fam. Code § 161.001. Following a bench trial, the trial court found by clear and convincing evidence that statutory grounds for terminating her parental rights existed and that termination was in the child's best interest. *See id.* § 161.001(b)(1)(E), (O), (2).

On appeal, appellant's court-appointed attorney has filed a brief concluding that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744 (1967); *Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646–47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights). The brief meets the requirements of *Anders* by presenting a professional evaluation of

---

[1] We refer to appellant by her initials only. *See* Tex. Fam. Code § 109.002(d); Tex. R. App. P. 9.8.

the record demonstrating why there are no arguable grounds to be advanced on appeal. *See* 386 U.S. at 744; *Taylor*, 160 S.W.3d at 646–47. Appellant's counsel has certified to this Court that she provided appellant with a copy of the *Anders* brief and informed her of her rights to examine the appellate record and to file a pro se brief. Appellant has filed a pro se brief. The Department of Family and Protective Services has filed a waiver of right to file responses to the *Anders* briefs and the pro se brief.

Upon receiving an *Anders* brief, we must conduct a full examination of the proceedings to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988). We have reviewed the entire record, including the *Anders* brief submitted on appellant's behalf and appellant's pro se brief, and have found nothing that would arguably support an appeal. We agree that the appeal is frivolous and without merit. Accordingly, we affirm the trial court's final decree terminating appellant's parental rights.[2]

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Affirmed

Filed: December 5, 2019

_____

[2] As she acknowledges in the brief, counsel's obligation to her client has not yet been discharged. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (per curiam). If appellant, after consulting with counsel, desires to file a petition for review, counsel should timely file with the Texas Supreme Court "a petition for review that satisfies the standards for an *Anders* brief." *See id.* at 27–28.

2